**CITY OF DALLAS, Petitioner,**

v.

**Sid HOLCOMB et ux., Respondents.**

**No. A–10369.**

Supreme Court of Texas.

Oct. 14, 1964.

Rehearing Denied Nov. 11, 1964.

H. P. Kucera, City Atty., N. Alex Bickley, Dallas, W. H. Frank Barnes, Terrell, for petitioner.

Robert K. Ramsey, Terrell, for respondents.

PER CURIAM.

The application for writ of error is refused, no reversible error. Rule 483, Texas Rules of Civil Procedure. So that there may be no question as to the effect of the foregoing order, we expressly approve the holding of the Court of Civil Appeals (381 S.W.2d 347) that the trial court erred in refusing to permit full cross-examination of the witness, Joe Compton, concerning the award made by the board of special commissioners in condemnation of which he was a member.